FILED BY ⎯⎯ D.C.

MAY 21 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>19-20163-CR-WILLIAMS(s)</u>
18 U.S.C. § 1591
18 U.S.C. § 2251
18 U.S.C. § 1512(b)(3)
18 U.S.C. § 1594(d) & (e)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

JASON GATLIN,

        Defendant.

_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Sex Trafficking of a Minor
### (18 U.S.C. § 1591)

From in or around October 2018, through on or about November 30, 2018, in Miami-Dade and Monroe Counties, in the Southern District of Florida, and elsewhere, the defendant,

**JASON GATLIN,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means a person, that is, MINOR VICTIM, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe MINOR VICTIM, that means of force, threats of force, and coercion, and any combination of such means, would be used to cause MINOR VICTIM to engage in a commercial sex act, and MINOR

VICTIM had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), (b)(2) and (c).

## COUNT 2
### Production of Child Pornography
### (18 U.S.C. § 2251)

On or about November 11, 2018, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

**JASON GATLIN,**

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction having been produced using materials, that is, an Apple iPhone, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3
### Tampering with a Witness
### (18 U.S.C. § 1512(b)(3))

In or around January 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JASON GATLIN,**

did knowingly corruptly persuade another person, and attempted to do so, with intent to hinder, delay, and prevent the communication to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of a federal offense, that is, sex trafficking of a minor, in violation of Title 18, United States Code, Section 1591, and production of child pornography, in violation of Title 18, United States Code, Section 2251; in violation of Title 18, United States Code, Sections 1512(b)(3) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JASON GATLIN**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1591 or Section 1594, as alleged in Count 1 of this Superseding Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594(d) and (e)(1), the following:

   a. Any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation; and

   b. Any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

3. Upon conviction of a violation of Title 18, United States Code, Section 2251, as alleged in Count 2 of this Superseding Indictment, the defendant, **JASON GATLIN**, shall forfeit to the United States any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the law; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

All pursuant to Title 18, United States Code, Section 1594(d) and (e), Title 18, United States Code, Section 2253 and the procedures set forth at Title 21, United States Code, Section 853, as made applicable here by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

*[signature]*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*[signature]*
JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JASON GATLIN,

_____ Defendant. _____/

CASE NO. 19-20163-CR-WILLIAMS(s)

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

| | | |
|---|---|---|
| New defendant(s) | Yes ___ | No ✓ |
| Number of new defendants | 0 | |
| Total number of counts | 3 | |

**Court Division**: (Select One)
- ✓ Miami
- ___ FTL
- ___ Key West
- ___ WPB
- ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect _____

4. This case will take _3-5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days      ✓
   - II   6 to 10 days     ___
   - III  11 to 20 days    ___
   - IV   21 to 60 days    ___
   - V    61 days and over ___

   (Check only one)
   - Petty   ___
   - Minor   ___
   - Misdem. ___
   - Felony  ✓

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) Yes
   If yes: Magistrate Case No. 19-MJ-02314
   Related miscellaneous numbers: 19-MJ-02048; 18-MJ-3749; 18-MJ-3750; 18-MJ-3852
   Defendant(s) in federal custody as of March 13, 2019
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
Jessica Kahn Obenauf
Assistant United States Attorney
Florida Bar No. 0052716

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JASON GATLIN

**Case No:** 19-20163-CR-WILLIAMS(s)

Count #: 1

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1) & (b)(1)

**\*Min./Max. Penalties:** Minimum of 15 years' imprisonment and maximum of life imprisonment

Count #: 2

Production of Child Pornography

Title 18, United States Code, Sections 2251(a) and (e)

**\*Min./Max. Penalties:** Minimum of 15 years' imprisonment and up to 30 years' imprisonment

Count #: 3

Tampering with a Witness

Title 18, United States Code, Section 1512(b)(3)

**\*Max. Penalty:** 20 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**